UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE THREE HOLDINGS, LLC, | No. 1:18-cv-00592-MCE-GGH |
| Plaintiffs, | ORDER |
| v. | |
| JOHN DOE subscriber assigned IP address 73.12.231.112, | |
| Defendant. | |

This cause came before the Court upon Plaintiff's ex-part application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a Summons and Complaint, and the Court is advised that the ISP will respond to the issued subpoena on or about August 27, 2018. Plaintiff shall have 30 days from that date in which to initially serve the court's order as previously directed on the person identified with the above listed ISP address.

**IT IS SO ORDERED.**

Dated: August 6, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1